# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MARIA CASTRO, individually and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-07046 |
| v. | ) ) | |
| SOURCE 1 BUILDING MAINTENANCE SERVICES, INC. and TIMOTHY J. BERGER, individually. | ) ) ) ) | Hon. Judge Elaine E. Bucklo |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), and the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against Defendants with prejudice.

Respectfully submitted,

s/ Susan J. Best

One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-878-1263
sbest@yourclg.com

LEGAL\27899452\1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on **August 31, 2016** a copy of the foregoing **Notice of Voluntary Dismissal** was filed electronically with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to the following:

Jeremy J. Glenn
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-474-7981
jglenn@cozen.com


/s/  Susan J. Best

LEGAL\27899452\1